Rose Mulligan, Appellant, v. Mary Ann McQuaid, Respondent.— Judgment reversed upon the law and facts, with costs. Findings Nos. 8, 9, 10, 11, 12, 13 and 14, and conclusions of law Nos. 1 and 2 reversed, and new findings made,

and judgment ordered for plaintiff for the sum of $520.50 and interest, with costs. All concur.